IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NAKISHA TILLMAN                                                                                           PLAINTIFF

v.                                                               CIVIL ACTION NO.  1:23-cv-299-LG-RPM

AMERICAN BANKERS
INSURANCE COMPANY
OF FLORIDA                                                                                              DEFENDANT

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY, this cause came before this Court on the joint motion *ore tenus* of the Plaintiff, Nakisha Tillman, and the Defendant, American Bankers Insurance Company of Florida, and it being stipulated and made known to the Court that this action has been fully compromised and settled, and that there remain no issues between these parties to be adjudicated or resolved by the Court, and that all parties agree that this action should be dismissed with prejudice and consent to the entry of this Agreed Final Judgment of Dismissal With Prejudice, and the Court, having considered the joint motion *ore tenus*, finds the same to be well-taken and should, therefore, be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this cause be, and hereby is, **DISMISSED WITH PREJUDICE** as to any and all claims filed by the Plaintiff against the Defendant, with each party to bear its own costs, attorneys' fees, and expenses.

**SO ORDERED AND ADJUDGED** this the 19th day of March, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

**AGREED AND APPROVED:**


*/s/ Jason C. Webster*
Jason C. Webster (MSB #100920)
Webster Vicknair MacLeod
6200 Savoy Drive, Suite 150
Houston, Texas 77036-3320
Telephone:     713-581-3900
Facsimile:     713-581-3907
jwebster@wvmlaw.com
*Attorney for Plaintiff, Nakisha Tillman*


*/s/ Walter D. Willson*
Walter D. Willson (MSB #7291)
Wells Marble & Hurst, PLLC
Post Office Box 131
Jackson, MS 39205-0131
Telephone:     601-605-6900
Facsimile:     601-605-6901
wwillson@wellsmarble.com
*Attorney for Defendant, American Bankers Insurance Company of Florida*